# ADELMAN LAVINE GOLD AND LEVIN

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

Suite 710
919 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801-1292
(302) 654-8200

FACSIMILE (302) 654-8217
lawyers@adelmanlaw.com
www.adelmanlaw.com

July 12, 2005

SUITE 900
FOUR PENN CENTER
PHILADELPHIA, PA. 19103-2808
215 568-7515

**_Via_ Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Wilmington, DE 19801

> Re:  *Interpublic Group of Companies t/a Transworld Marketing Corp., appellant v. Larry Waslow, appellee* (In re: M Group, Inc., Bankr. D. Del. 00-1936-JKF), Civil Action No. 04-353-JJF

Dear Judge Farnan:

      This firm represents Larry Waslow (the "Appellee"), who is the Unsecured Claims Administrator of the bankruptcy estate of M Group, Inc., and the Appellee in the above-referenced bankruptcy appeal. Upon the suggestion of Your Honor's Case Manager, Ms. Deborah Krett, I am writing this letter to Your Honor to inform the Court that the parties in the above-referenced bankruptcy appeal have reached an agreement in principle, which is subject to the execution of a mutually acceptable stipulation between the parties and approval of same pursuant to Federal Rule of Bankruptcy Procedure 9019.

      As Your Honor may recall, the Appellant, Interpublic Group of Companies t/a Transworld Marketing Corp. (the "Appellant"), previously filed its Opening Brief, and Your Honor's Order dated July 8, 2005 requires that the Appellee file his Reply Brief on or before August 8, 2005. In light of the parties reaching a settlement in principle, and on behalf of both the Appellant and the Appellee, we respectfully request that the briefing schedule currently in place for this appeal be stayed for at least ninety (90) days so that the parties have ample opportunity to document, and to obtain Bankruptcy Court approval of, their proposed settlement.

The Honorable Joseph J. Farnan, Jr.
July 12, 2005
Page 2 of 2

On behalf of the parties, we thank Your Honor for considering this matter.

Respectfully yours,

Bradford J. Sandler

cc:   Jami B. Nimeroff, Esquire (counsel for Appellant) (*via* email (nimeroffjb@bipc.com) and facsimile (215-665-8760))
   Leon R. Barson, Esquire (co-counsel for Appellee) (*via* email (lbarson@adelmanlaw.com and facsimile (215-557-7922))