IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| M GROUP INC., | : | Bankruptcy Case No. 00-1936-JKF |
| | : | |
| Debtor. | : | |
| | : | |
| THE INTERPUBLIC GROUP OF COMPANIES, INC., t/a TRANSWORLD MARKETING CORP., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 04-353-JJF |
| | : | |
| LARRY WASLOW, in his capacity as Unsecured Claims Administrator of M Group, Inc., | : | |
| | : | |
| Appellee. | : | |

## O R D E R

WHEREAS, the parties to the above-captioned appeal have informed the Court by letter dated July 12, 2005 that they have reached an agreement, in principle, settling this action;

WHEREAS, the parties have requested the Court to stay briefing on the underlying appeal in light of their settlement discussions;

NOW THEREFORE, IT IS HEREBY ORDERED this 26 day of July 2005, that:

1. The briefing schedule for the above captioned case is **STAYED**.

    2.    The above-captioned action is **ADMINISTRATIVELY CLOSED**.

    3.    The parties shall file a status report with the Court every 90 days and may seek to reopen this action upon written request.

                                                                         */s/ Joseph J. Farnan, Jr.*
                                                                   UNITED STATES DISTRICT JUDGE