IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

M GROUP, INC.                                    ) Civil Action No. 04-353 (JJF)

         Debtor
---

THE INTERPUBLIC GROUP OF            )
COMPANIES, INC. t/a                 ) Bankruptcy Case No. 00-1936 (JKF)
TRANSWORLD MARKETING CORP.          )
                                    )
         Appellant,              )
                                    )
v.                                  )
                                    )
Larry Waslow, in his capacity as
Unsecured Claims Administrator      )
of M Group, Inc.                    )

         Appellee.               )

## STIPULATION OF WITHDRAWAL OF APPEAL

The Interpublic Group of Companies, Inc. t/a Transworld Marketing Corp. ("Appellant") and Larry Waslow, in his capacity as Unsecured Claims Administrator of M Group, Inc. ("Appellee"), by and through their respective attorneys, herebysubmit this Stipulation of Withdrawal of Appeal ("Stipulation") and in support hereof states as follows:

    1    The above-captioned appeal ("Appeal") was filed in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") on May 10, 2004 and docketed with this Court on or about June 4, 2004. The Appeal is related to an Order granting Plaintiff's Motion for Summary Judgment filed in adversary proceeding number 02-3434 ("Adversary").

    2.    Following the filing of the Appeal, the parties entered into settlement negotiations in an effort to avoid the expense of briefing and further litigation. After lengthy negotiations, the

parties entered into an agreement resolving the Adversary. On July 27, 2005, the Plaintiff filed a Motion to Approve a Settlement Stipulation, and an Order granting that Motion was entered by the Bankruptcy Court on September 13, 2005. A copy of that Order is attached hereto as Exhibit A.

THEREFORE, it is hereby STIPULATED AND AGREED by and between the Appellant and Appellee that the Appellant hereby WITHDRAWS this appeal and respectfully requests that this matter be CLOSED.

| For Appellee | For Appellant |
|---|---|
| By: _____ | By: _____ |
| ADELMAN LAVINE GOLD AND LEVIN, A PROFESSIONAL CORPORATION | BUCHANAN INGERSOLL PC |
| Jonathan M. Stemerman, Esquire (No. 4510) | Margaret M. Manning, Esquire (No. 4183) |
| 919 North Market Street, Suite 710 | The Nemours Building |
| Wilmington, DE 19801 | 1007 North Orange Street, Suite 1110 |
| (302) 654-8200 | Wilmington, DE 19801-1236 |
| | (302) 428-5553 |
| Counsel for Larry Waslow, Unsecured Claims Administrator of the bankruptcy estate of M Group, Inc. | Counsel for The Interpublic Group of Companies, Inc. t/a Transworld Marketing Corp |

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| M Group, Inc. | ) | Case No. 00-1936 (JKF) |
| Debtor. | ) | |
| | | |
| Larry Waslow, in his capacity as | ) | |
| Unsecured Claims Administrator of | ) | |
| M Group, Inc. | | |
| Plaintiff, | | |
| v. | ) | Adversary Case No: 02-3434 (JKF) |
| | ) | Re: Docket No. 24 |
| THE INTERPUBLIC GROUP OF | ) | |
| COMPANIES, INC. t/a TRANSWORLD | ) | |
| MARKETING CORP. | | |
| Defendant. | | |

**ORDER APPROVING SETTLEMENT
STIPULATION BY AND BETWEEN LARRY WASLOW,
IN HIS CAPACITY AS UNSECURED CLAIMS ADMINISTRATOR OF
THE BANKRUPTCY ESTATE OF M GROUP, INC., AND THE INTERPUBLIC
GROUP OF COMPANIES, INC. t/a TRANSWORLD MARKETING CORP.
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon consideration of the motion (the "Motion") of Larry Waslow, the Unsecured Claims Administrator of the bankruptcy estate of M Group, Inc., for the Entry of an Order Approving Settlement Stipulation By and Between Larry Waslow, the Unsecured Claims Administrator of the bankruptcy estate of M Group, Inc., and The Interpublic Group of Companies, Inc. t/a Transworld Marketing Corp. Pursuant to Bankruptcy Rule 9019, and any objections that may have been filed to the Motion, and it appearing that the settlement is fair and reasonable and in the best interests of the estate and creditors, it is hereby Ordered as follows:

The Motion is **Granted** and the Settlement Stipulation affixed as Exhibit A to the Motion is **Approved**; and

2. The parties to the Settlement Stipulation are authorized to implement the Settlement Stipulation in accordance with its terms.

BY THE COURT:

*Judith K. Fitzgerald*
Judith K. Fitzgerald,
United States Bankruptcy Judge.

Dated: September 12, 2005

8